IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> and THE STATE OF GEORGIA ) <br> *ex rel*. RANDKEDRA COLLIER- ) <br> ROBERTS, ) <br> ) <br> Relator, ) <br> ) <br> v. ) <br> ) <br> NEW BEGINNINGS CARE, LLC, ) <br> GOODWILL NURSING HOME, INC., ) <br> and MACON MANOR NRC, LLC, ) <br> ) <br> Defendants. ) | **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730** <br><br> CIVIL ACTION NO. 5:15-CV-004 (MTT) |

## ORDER

The United States and the State of Georgia having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and the Georgia False Medicaid Claims Act, O.C.G.A. § 49-4-168.2(c)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), and upon the State of Georgia, as provided for in O.C.G.A. § 49-4-168.2(f). The United States and the State of Georgia may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States and the State of Georgia;

6. all orders of this Court shall be sent to the United States and the State of Georgia; and that

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and the State of Georgia before ruling or granting its approval.

IT IS SO ORDERED,

This  11th  day of  May , 2015.

S/ Marc T. Treadwell
Marc T. Treadwell
United States District Judge