IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> and THE STATE OF GEORGIA <br> *ex rel*. RANKEDRA COLLIER-ROBERTS, <br><br> Relator, <br><br> v. <br><br> NEW BEGINNINGS CARE, LLC, <br> GOODWILL NURSING HOME, INC., <br> and MACON MANOR NRC, LLC, <br><br> Defendants. | **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730** <br><br> CIVIL ACTION NO. 5:15-CV-004 (MTT) |

## UNITED STATES' AND STATE OF GEORGIA'S NOTICE OF CONSENT TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1) and the Georgia False Medicaid Claims Act, O.C.G.A. § 49-4-168.2(b), the United States and the State of Georgia, by its undersigned attorneys, hereby respectfully notifies the Court that the United States and the State of Georgia consent to the voluntary dismissal of this action <u>without prejudice</u> to the United States or the State of Georgia. The reason for the consent to this dismissal is that having investigated the claims, the United States and the State of Georgia declined intervention in the above-styled case and that the consent to this dismissal by the United States and the State of Georgia will not prejudice in any way its ability to investigate and review this matter in the future, should the same be warranted.[1]

---

[1] 31 U.S.C. § 3730(b)(1) requires the United States give written consent to the dismissal and its reasons for consenting. O.C.G.A. § 49-4-168.2(b) provides that "[t]he civil action may be dismissed only if the Attorney General [of Georgia] gives written consent to the dismissal stating the reasons for consenting to such dismissal and the court enters an order approving the dismissal."

This 22nd day of June, 2015.

          **MICHAEL J. MOORE**
          **UNITED STATES ATTORNEY**
          **MIDDLE DISTRICT OF GEORGIA**

By:   /s/ *Todd P. Swanson*
       Todd P. Swanson
       Assistant United States Attorney
       Georgia Bar No. 496989

       United States Attorney's Office
       P.O. Box 1702
       Macon, Georgia 31202
       478-621-2728
       todd.swanson@usdoj.gov

       *Counsel for the United States of America*


       SAMUEL S. OLENS
       ATTORNEY GENERAL

By:   /s/*Elizabeth S. White*
       Elizabeth S. White
       Assistant Attorney General
       Georgia Bar No. 258844
       200 Piedmont Ave, S.E.
       West Tower, 19th Floor
       Atlanta, Georgia 30334
       404-656-4145
       ewhite@law.ga.gov

       *Counsel for the State of Georgia*

**CERTIFICATE OF SERVICE**

I, Todd P. Swanson, hereby certify that on this date, I electronically filed the within and foregoing United States' and State of Georgia's Notice of Consent to Voluntary Dismissal Without Prejudice and the accompanying proposed order, with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys on record:

Jason Marcus, Esq.
Bracker & Marcus, LLC
3225 Shallowford Rd.
Suite 1120
Marietta, GA 30062

Cory S. Fein
Cory Fein Law Firm
712 Main Street, Suite 800
Houston, TX  77002

*Attorneys for Relator*

This 22nd day of June, 2015.

BY:   *s/Todd P. Swanson*
      TODD P. SWANSON
      ASSISTANT UNITED STATES ATTORNEY

      United States Attorney's Office
      P.O. Box 1702
      Macon, Georgia 31202
      478-621-2728
      todd.swanson@usdoj.gov

      *Counsel for the United States of America*